## Exhibit A

## American Express Transfers

| Date | Recipient | Amount |
|---|---|---|
| 07.02.18 | AMEX D | $   3,500.00 |
| 07.09.18 | AMEX D | $   6,825.25 |
| 07.30.18 | AMEX D | $   8,000.00 |
| 08.13.18 | AMEX D | $ 17,927.81 |
| 10.22.18 | AMEX D | $   7,500.00 |
| 10.29.18 | AMEX D | $   1,500.00 |
| 12.10.18 | AMEX D | $   8,000.00 |
| 12.18.18 | AMEX D | $ 16,112.60 |
| 12.24.18 | AMEX D | $ 16,112.60 |
| 01.07.19 | AMEX D | $        38.00 |
| 02.08.19 | AMEX D | $   6,000.00 |
| 02.12.19 | AMEX D | $   9,176.82 |
| 03.13.19 | AMEX D | $ 10,253.59 |
| 09.12.19 | AMEX D | $   5,331.67 |
| 10.21.19 | AMEX D | $   5,000.00 |
| 10.22.19 | AMEX D | $   8,555.78 |
| 10.30.19 | AMEX D | $   1,000.00 |
| 11.01.19 | AMEX D | $      100.00 |
| 11.05.19 | AMEX D | $   1,000.00 |
| 11.05.19 | AMEX D | $   1,000.00 |
| 11.12.19 | AMEX D | $   4,000.00 |
| 11.12.19 | AMEX D | $   6,000.00 |
| 11.19.19 | AMEX D | $   5,000.00 |

115016\000001\4827-5856-0467.v1