## Exhibit B

## 3708 Account Transfers

| Date | Recipient | Amount |
|---|---|---|
| 12.07.17 | Cash-3708 | $ 10,000.00 |
| 12.14.17 | Cash-3708 | $ 2,000.00 |
| 12.22.17 | Cash-3708 | $ 9,000.00 |
| 12.29.17 | Cash-3708 | $ 9,000.00 |
| 01.18.18 | Cash-3708 | $ 2,000.00 |
| 01.19.18 | Cash-3708 | $ 2,000.00 |
| 01.22.18 | Cash-3708 | $ 4,500.00 |
| 01.29.18 | Cash-3708 | $ 4,000.00 |
| 02.01.18 | Cash-3708 | $ 4,000.00 |
| 02.02.18 | Cash-3708 | $ 2,000.00 |
| 02.06.18 | Cash-3708 | $ 6,500.00 |
| 02.07.18 | Cash-3708 | $ 4,500.00 |
| 02.08.18 | Cash-3708 | $ 5,000.00 |
| 02.12.18 | Cash-3708 | $ 1,000.00 |
| 02.16.18 | Cash-3708 | $ 2,000.00 |
| 03.23.18 | Cash-3708 | $ 6,000.00 |
| 03.26.18 | Cash-3708 | $ 6,000.00 |
| 03.29.18 | Cash-3708 | $ 7,000.00 |
| 04.10.18 | Cash-3708 | $ 1,000.00 |
| 04.11.18 | Cash-3708 | $ 1,500.00 |
| 04.17.18 | Cash-3708 | $ 9,000.00 |
| 04.20.18 | Cash-3708 | $ 2,000.00 |
| 04.26.18 | Cash-3708 | $ 5,000.00 |
| 05.02.18 | Cash-3708 | $ 4,000.00 |
| 05.17.18 | Cash-3708 | $ 7,000.00 |
| 05.22.18 | Cash-3708 | $ 8,000.00 |
| 05.24.18 | Cash-3708 | $ 5,000.00 |
| 06.01.18 | Cash-3708 | $ 12,000.00 |
| 06.07.18 | Cash-3708 | $ 8,000.00 |
| 06.12.18 | Cash-3708 | $ 3,500.00 |
| 08.16.18 | Cash-3708 | $ 4,000.00 |
| 08.28.18 | Cash-3708 | $ 11,000.00 |
| 09.04.18 | Cash-3708 | $ 20,000.00 |
| 09.26.18 | Cash-3708 | $ 7,500.00 |
| 09.28.18 | Cash-3708 | $ 5,000.00 |
| 10.05.18 | Cash-3708 | $ 6,000.00 |
| 10.18.18 | Cash-3708 | $ 600.00 |

2

| 12.07.18 | Cash-3708 | $ 9,000.00 |
| --- | --- | --- |
| 02.01.19 | Cash-3708 | $ 7,000.00 |
| 02.12.19 | Cash-3708 | $ 1,000.00 |
| 03.04.19 | Cash-3708 | $ 5,000.00 |