### **Exhibit C**

### **Personal Expense Transfers**

| Date | Check No. | Recipient | Amount |
|---|---|---|---|
| 01.11.17 | 1006 | BB&T | $ 200.00 |
| 04.04.17 | 3633 | VW CREDIT | $ 331.14 |
| 05.03.17 | 4059 | VW CREDIT | $ 331.14 |
| 05.30.17 | 1101 | GENE MODEL | $ 4,050.00 |
| 06.01.17 | 4418 | VW CREDIT | $ 331.14 |
| 06.12.17 | 1017 | BB&T | $ 100.00 |
| 06.12.17 | 1016 | PNC | $ 300.00 |
| 07.06.17 | 4882 | VW CREDIT | $ 331.14 |
| 08.02.17 | 5279 | VW CREDIT | $ 331.14 |
| 08.09.17 | 1023 | BB&T | $ 500.00 |
| 08.28.17 | 1025 | PNC | $ 250.00 |
| 09.05.17 | 5684 | VW CREDIT | $ 331.14 |
| 09.11.17 | 1028 | Bank of America | $ 75.00 |
| 09.11.17 | 1027 | BB&T | $ 400.00 |
| 09.11.17 | 1026 | PNC | $ 250.00 |
| 10.03.17 | 6034 | VW CREDIT | $ 331.14 |
| 11.03.17 | 6475 | VW CREDIT | $ 331.14 |
| 12.05.17 | 6882 | VW CREDIT | $ 331.14 |
| 12.12.17 | 1033 | BB&T | $ 100.00 |
| 01.03.18 | 7263 | VW CREDIT | $ 331.14 |
| 01.22.18 | 1034 | MERCEDES BENZ | $ 216.30 |
| 02.05.18 | 7704 | VW CREDIT | $ 331.14 |
| 02.13.18 | 1036 | MERCEDES BENZ | $ 216.30 |
| 02.27.18 | 1037 | PNC | $ 700.00 |
| 03.02.18 | 8055 | VW CREDIT | $ 331.14 |
| 03.12.18 | 1038 | MERCEDES BENZ | $ 216.30 |
| 03.12.18 | 1039 | PNC | $ 400.00 |
| 04.02.18 | 8502 | VW CREDIT | $ 331.14 |
| 04.10.18 | 1043 | MERCEDES BENZ | $ 216.30 |
| 04.11.18 | 1044 | PNC | $ 300.00 |
| 05.01.18 | 8967 | VW CREDIT | $ 331.14 |
| 05.14.18 | 1045 | BB&T | $ 300.00 |
| 05.14.18 | 1046 | MERCEDES BENZ | $ 216.30 |
| 05.21.18 | 1047 | PNC | $ 300.00 |
| 05.25.18 | 1327 | CHASE CARD | $ 3,000.00 |
| 06.04.18 | 9464 | VW CREDIT | $ 331.14 |
| 06.11.18 | 1048 | Chase Card Services | $ 1,000.00 |

| | | | | |
|---|---|---|---|---:|
| 06.11.18 | 1049 | PNC | $ | 300.00 |
| 06.13.18 | 1054 | BB&T | $ | 200.00 |
| 06.13.18 | 1053 | MERCEDES BENZ | $ | 216.30 |
| 06.21.18 | 1345 | BOCA POOL SERVICE | $ | 80.00 |
| 06.21.18 | 1349 | ALEXJANDRES LAWN SERVICE | $ | 225.00 |
| 06.21.18 | 1346 | COMCAST | $ | 70.67 |
| 06.21.18 | 1343 | FPU | $ | 22.76 |
| 06.26.18 | 1056 | Bank of America | $ | 1.50 |
| 06.27.18 | | BOCA GROVE | $ | 1,096.13 |
| 06.27.18 | | BOCA GROVE | $ | 2,131.77 |
| 06.27.18 | | FPL | $ | 555.51 |
| 06.29.18 | 1365 | PBC WATER UTILI | $ | 43.25 |
| 06.29.18 | 1376 | RELIABLE POWER SYSTEMS | $ | 2,600.00 |
| 07.01.18 | 1372 | BGE | $ | 82.82 |
| 07.01.18 | 1373 | CALIBER HOME LOANS | $ | 1,071.74 |
| 07.01.18 | 1366 | IBERIA BANK | $ | 2,280.26 |
| 07.05.18 | 9894 | VW CREDIT | $ | 331.14 |
| 07.07.18 | 1408 | GENESIS FINANCE | $ | 1,075.00 |
| 07.07.18 | 1407 | MERCEDES BENZ | $ | 449.03 |
| 07.09.18 | | CAPITAL ONE | $ | 500.00 |
| 07.13.18 | | BANANA R | $ | 100.00 |
| 07.13.18 | | BARCLAY | $ | 1,000.00 |
| 07.13.18 | 1418 | RELIABLE POWER SYSTEMS | $ | 3,154.85 |
| 07.14.18 | 1422 | IBERIA BANK | $ | 2,280.26 |
| 07.14.18 | 1421 | MERCEDES BENZ | $ | 1,779.14 |
| 07.19.18 | | TJ MAX | $ | 90.94 |
| 07.20.18 | 1385 | BOCA POOL SERVICE | $ | 80.00 |
| 07.20.18 | 1382 | ALEXJANDRES LAWN SERVICE | $ | 225.00 |
| 07.20.18 | 1386 | COMCAST | $ | 70.67 |
| 07.20.18 | 1384 | FPU | $ | 24.89 |
| 07.23.18 | 1058 | MERCEDES BENZ | $ | 216.30 |
| 07.24.18 | 1059 | Chase Card Services | $ | 600.00 |
| 07.25.18 | | BOCA GROVE | $ | 1,509.89 |
| 07.26.18 | | CAPITAL ONE | $ | 500.00 |
| 07.27.18 | | TARGET BANK | $ | 52.79 |
| 07.27.18 | 1429 | THE OAKS | $ | 6,121.76 |
| 07.30.18 | 1435 | BGE | $ | 124.72 |
| 07.30.18 | 1433 | PBC WATER UTILI | $ | 43.25 |
| 07.30.18 | 1437 | INFINITY | $ | 100.00 |
| 07.31.18 | 1062 | PNC | $ | 251.00 |
| 08.02.18 | | FPL | $ | 605.74 |

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 08.08.18 | | FLORIDA DEPT OF REVENUE | $ 8,644.33 |
| 08.08.18 | | GARNISHMENT | $ 8,644.33 |
| 08.10.18 | 1456 | GENESIS FINANCE | $ 1,075.00 |
| 08.10.18 | 1457 | MERCEDES BENZ | $ 449.03 |
| 08.16.18 | | SYNCHRONY | $ 139.00 |
| 08.17.18 | | BANANA R | $ 50.00 |
| 08.17.18 | | TJ MAX | $ 29.80 |
| 08.20.18 | | BARCLAY | $ 400.00 |
| 08.31.18 | 10357 | VW CREDIT | $ 331.14 |
| 09.07.18 | 10435 | VW CREDIT | $ 331.14 |
| 09.09.18 | 1501 | MERCEDES BENZ | $ 449.03 |
| 09.13.18 | 1508 | VW CREDIT | $ 354.94 |
| 10.16.18 | 1082 | BB&T | $ 150.00 |
| 10.17.18 | 10793 | VW CREDIT | $ 331.14 |
| 10.25.18 | 1107 | MERCEDES BENZ | $ 216.30 |
| 10.25.18 | 1108 | PNC | $ 600.00 |
| 10.31.18 | 1595 | MERCEDES BENZ | $ 920.51 |
| 11.01.18 | 1118 | BB&T | $ 150.00 |
| 11.10.18 | 1180 | Chase Card Services | $ 1,500.00 |
| 11.12.18 | 1172 | BB&T | $ 100.00 |
| 11.12.18 | 1173 | MERCEDES BENZ | $ 216.30 |
| 12.07.18 | 1665 | BB&T | $ 1,735.17 |
| 12.07.18 | 1666 | MERCEDES BENZ | $ 449.03 |
| 12.10.18 | | CAPITAL ONE | $ 3,000.00 |
| 12.10.18 | 1234 | PNC | $ 500.00 |
| 12.10.18 | 1231 | PNC | $ 800.00 |
| 12.11.18 | 1236 | PNC | $ 250.00 |
| 12.18.18 | 1243 | MERCEDES BENZ | $ 216.30 |
| 12.19.18 | | VW CREDIT | $ 1,100.31 |
| 12.21.18 | | BARCLAY | $ 3,000.00 |
| 12.24.18 | 1248 | BB&T | $ 800.00 |
| 12.31.18 | 1270 | Chase Card Services | $ 1,000.00 |
| 01.08.19 | 1758 | MERCEDES BENZ | $ 449.03 |
| 01.24.19 | 1318 | BB&T | $ 182.00 |
| 01.24.19 | 1319 | PNC | $ 374.00 |
| 01.28.19 | 1324 | MERCEDES BENZ | $ 216.30 |
| 01.28.19 | 1827 | RIGHT CHOICE CONSULTING | $ 2,400.00 |
| 02.15.19 | | CAPTIAL ONE | $ 300.00 |
| 03.08.19 | 1878 | RIGHT CHOICE CONSULTING | $ 4,000.00 |
| 06.28.19 | 11719 | MERCEDES BENZ | $ 419.65 |
| 07.08.19 | | CAPITAL ONE | $ 300.00 |

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 08.02.19 | 369 | BARCLAYS | $ 300.00 |
| 08.05.19 | | MERCEDES BENZ | $ 280.97 |
| 08.22.19 | | BARCLAYCARD | $ 150.00 |
| 08.22.19 | 408 | BB&T | $ 250.00 |
| 08.22.19 | 11814 | BB&T | $ 100.00 |
| 08.22.19 | | MERCEDES BENZ | $ 15.00 |
| 08.22.19 | | MERCEDES BENZ | $ 449.03 |
| 08.23.19 | | BARCLAY CREDIT CARD | $ 550.00 |
| 08.23.19 | | CHASE | $ 550.00 |
| 08.23.19 | | VW CREDIT | $ 354.94 |
| 08.27.19 | 410 | BB&T | $ 250.00 |
| 09.04.19 | | GENESIS CREDIT - WIFE | $ 1,102.95 |
| 09.04.19 | | MERCEDES BENZ | $ 15.00 |
| 09.04.19 | | MERCEDES BENZ | $ 2,109.98 |
| 09.09.19 | 11843 | IBERIA BANK | $ 4,517.15 |
| 09.09.19 | 11843 | IBERIA BANK | $ 4,517.15 |
| 09.12.19 | | SYNCHRONY BANK | $ 261.00 |
| 09.17.19 | | VW CREDIT | $ 500.00 |
| 09.18.19 | | FLORIDA POWER & LIGHT | $ 651.15 |
| 09.18.19 | | MERCEDES BENZ | $ 15.00 |
| 09.18.19 | | MERCEDES BENZ | $ 449.03 |
| 09.25.19 | | SYNCHRONY BANK | $ 175.00 |
| 09.26.19 | 1001 | CAPITAL ONE BANK | $ 400.00 |
| 09.27.19 | | SECIRITY NATL | $ 226.85 |
| 10.04.19 | | MERCEDES BENZ | $ 15.00 |
| 10.04.19 | | MERCEDES BENZ | $ 1,829.14 |
| 10.04.19 | | SYNCHRONY BANK | $ 250.00 |
| 10.08.19 | 11860 | IBERIA BANK | $ 4,859.18 |
| 10.08.19 | 11860 | IBERIA BANK | $ 4,859.18 |
| 10.10.19 | | FPL | $ 696.07 |
| 10.11.19 | | CHASE | $ 750.00 |
| 10.29.19 | | GENESIS CREDIT - WIFE | $ 2,197.95 |
| 10.30.19 | | VW CREDIT | $ 280.86 |
| 11.01.19 | | SECURITY BANK | $ 407.23 |
| 11.04.19 | | SYNCHRONY BANK | $ 125.00 |
| 11.04.19 | | SYNCHRONY BANK | $ 525.00 |
| 11.05.19 | | CAPITAL ONE BANK | $ 125.00 |
| 11.05.19 | | PBC WATER UTILI | $ 147.59 |
| 11.05.19 | | TJX REWARDS | $ 225.00 |
| 11.12.19 | | MERCEDES BENZ | $ 15.00 |
| 11.12.19 | | MERCEDES BENZ | $ 930.09 |

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 11.13.19 | | BARCLAY CREDIT CARD | $ 1,700.00 |
| 11.21.19 | | FLORIDA POWER & LIGHT | $ 82.94 |
| 11.25.19 | | FLORIDA POWER & LIGHT | $ 1,069.28 |
| 12.09.19 | 12126 | LINCOLN LIFE INSURANCE | $ 3,034.00 |
| 12.10.19 | 618 | IBERIA BANK | $ 4,973.19 |
| 12.18.19 | | MERCEDES BENZ | $ 15.00 |
| 12.19.19 | | MERCEDES BENZ | $ 216.30 |
| 12.24.19 | | FLORIDA POWER & LIGHT | $ 287.71 |
| 12.26.19 | 725 | LOSOWE CAPTIAL | $ 1,175.00 |
| 02.06.20 | 18906 | BB&T | $ 450.00 |
| 02.07.20 | | BANANA VISA | $ 1,200.00 |
| 02.14.20 | | MERCEDES BENZ | $ 454.23 |
| 02.14.20 | | VW CREDIT | $ 1,135.80 |
| 02.18.20 | | BANANA VISA | $ 1,500.00 |